WILMA GERRY SCHURGAST *v.* ANSELM
WOLFGANG SCHURGAST
(6175)

BIELUCH, DALY and STOUGHTON, Js.

Submitted on briefs June 17—decision released June 24, 1988

*F. Woodward Lewis, Jr.*, filed a brief for the appellant (plaintiff).

*Fred A. Hitt, John N. Montalbano* and *Harry B. Elliott* filed a brief for the appellee (defendant).

PER CURIAM. There is no error.